■ ZRAJ OLEAN, LLC, et al., Appellants, v ERIE INSURANCE COMPANY OF NEW YORK et al., Respondents. [26 NYS3d 909]—Reargument and leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Carni, DeJoseph and Scudder, JJ.

■ WELLS FARGO BANK, N.A., Appellant, v LUKE BUFFEN-MYER, Respondent, et al., Defendant. [26 NYS3d 909]—Reargument and leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Smith, Peradotto, Lindley and DeJoseph, JJ.